IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAREEF KINSLOW, | § | |
| | § | No. 492, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. N1709012766 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 26, 2018
Decided: November 8, 2018

## **ORDER**

On September 21, 2018, the appellant filed a notice of appeal from his August 16, 2018 sentencing for a violation of probation. A timely notice of appeal was due by September 17, 2018.[1] On September 25, 2018, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. After the Senior Court Clerk informed the appellant that the notice show cause would be held in abeyance pending the filing of a complete motion to proceed *in forma pauperis* and the appellant filed a completed motion to proceed *in*

---

[1] *See* Supr. Ct. R. 6(a)(iii) (requiring notice of appeal to be filed within thirty days of sentencing); Supr. Ct. R. 11(a) (providing that if the last day of the time period prescribed by the Rules falls on the weekend or a holiday then the time period runs until the end of the next day the Clerk's office is open).

*forma pauperis*, the Chief Deputy Clerk directed the appellant to respond to the notice to show cause by October 25, 2018. The appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice